435 A.2d 248

Commonwealth v. Williams, Appellant.

Submitted March 21, 1980. Jack

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

M. Myers, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.